15 - 3 6 4 BPG

_____ FILED          _____ ENTERED
_____ LODGED         _____ RECEIVED

MAR 1 6 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Affidavit in Support of Application for Search Warrant**
**MeetMe.com for username "Tom Gowen"**

Your affiant, Special Agent Rachel L. McGranaghan, a Special Agent of the Naval

Criminal Investigative Service (NCIS) submits the following in support of an application for a

search warrant for registration information, general account notes, IP logs, profile pictures, and

all private messages maintained at MeetMe.com for username "Tom Gowen", with associated

User IDs of "106295006" and "81535119" as follows:

**Background**

1.     Your affiant is a federal law enforcement officer of the United States who is empowered

to conduct investigations for offenses of the Uniform Code of Military Justice (UCMJ), and

other federal crimes including Title 18 Unites States Code offenses, which affect the Department

of Defense, and specifically the United States Navy and Marine Corps.  Your affiant has been

employed by NCIS since September 2000.  Your affiant is currently assigned to the NCIS

Resident Agency Annapolis, MD General Crimes Squad.  Your Affiant has successfully

completed the Criminal Investigator Training Program and the NCIS Special Agent Basic

Training Program at the Federal Law Enforcement Training Center, Brunswick, GA.  In addition

to the basic federal law enforcement training and regular in-service training, your Affiant has

also completed the Advanced Law Enforcement Photography Training Program, NCIS

Advanced Crime Scene Processing course, attended the International Association for

Identification and the American Academy of Forensic Sciences Educational Conferences,

Bloodstain Pattern Analysis Workshop, Advanced Forensic Techniques in Crime Scene

Investigations II, and the Advanced Adult Sexual Assault Investigations Course. Your Affiant

has a Bachelor's of Science Degree in Entomology from Cornell University, and a Masters of

Forensic Sciences from The George Washington University.  Your affiant routinely investigates

felony level criminal investigations, to include sexual assault investigations, is a member of the NCIS Washington DC Field Office Major Case Response Team, and has conducted and assisted in the execution of numerous search warrants involving criminal investigations, to include sexual assault and child pornography investigations.

2.      This affidavit is submitted in support of an application for a warrant to search an internet service provider account for information relating to sexual exploitation of children, in violation of 18 U.S.C. § 2252, which states in relevant part:

> (a)      Any person who –
>
> * * * * *
>
> (2)  knowingly receives . . . any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, . . . if –
>
> (A)  the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and
> (B)  such visual depiction is of such conduct . . . [is guilty of a crime]

3.      The facts set forth in this affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation from other individuals, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.



**Probable Cause**

4.     On October 28, 2014, the National Center for Missing and Exploited Children (NCMEC) received CyberTipline Report 2957977 implicating Thomas Francis GOWEN III, United States Navy, in the solicitation of child pornography from "TK," a United States civilian, believed to be a fourteen year old child. The CyberTipline serves as the national clearinghouse for online reporting of tips regarding child sexual exploitation; these tips can be reported to NCMEC via the CyberTipline from Electronic Service Providers (ESPs). When ESPs suspect possible danger to a juvenile, a summary of the circumstances is proactively sent to NCMEC's CyberTipline.

5.     In this case, the ESP was MeetMe.com, a social networking service on the internet and smartphones where visitors create personal profiles, post photographs, and socialize with each other via instant messenger, and various message board environments. A MeetMe staff member identified a private message correspondence entitled "Horny?" dated October 14, 2014 wherein an individual with username "Tom Gowen" solicited an individual with username "Tyler :)" to send him a picture of his penis. A copy of the complete private message correspondence between "Tyler :)" and "Tom Gowen" on October 14, 2014 was provided to NCMEC, and is included below:

> "Tom Gowen": Horny?
> "Tyler :)" : You're a dude
> "Tom Gowen": Ya
> "Tyler :)": So am i
> "Tom Gowen": And
> "Tyler :)": What do u mean am I horny
> "Tom Gowen": Can I see your dick
> "Tyler:)": Hmmm how old r u
> "Tom Gowen": 16

3



6.      MeetMe provided the account registration details for the username "Tom Gowen" to NCMEC as follows: Phone number used to verify the account (314) 677-XXXX; Email Address tomgowen1994@aol.com; date of birth April 18, 1998; Age 16; City Fort George G Meade, Maryland, 20755; and a login IP address of 68.54.162.184. Additionally, MeetMe queried the prior two weeks of IP addresses from which "Tom Gowen's" MeetMe profile was accessed and identified these IP addresses as belonging to an iPhone.

7.      MeetMe provided the MeetMe account registration details for "Tyler :)" to NCMEC as follows: Date of birth: Xxxxx XX, 2000; Age 14; City Unknown, Maryland, 21776; Email Address: xxxxxxxxxxxx@gmail.com, and a login IP address 66.87.85.46. MeetMe queried the prior two weeks of IP addresses from which the MeetMe profile of "Tyler :)" was accessed and identified the IP addresses as belonging to an iPhone. Additionally, according to MeetMe personnel, pictures on the MeetMe profile of "Tyler :)" appear to be those of a young teen male.

8.      NCMEC conducted a NEUSTAR database search for phone number (314) 677-XXXX, and identified the subscriber name as "Trey Gowen" from St. Louis, Missouri, USA.   A TLO database search for phone number (314) 677-XXXX found the following information associated with that phone number: Thomas Gowen; Date of birth Xxxxx XX, 1994; and Social Security Number XXX-XX-4329.   NCMEC then conducted a search of Facebook for "Tom Gowen" living in Missouri. The search revealed a Facebook page belonging to "Thomas Francis Gowen Jr". This Facebook page appeared to have images associated with "Trey Gowen," who appears to be the same individual depicted in the MeetMe profile photographs of "Tom Gowen." Additionally, "Trey Gowen" is wearing a U.S. military uniform in his pictures on Facebook. Thomas Francis Gowen Jr appears to be the father of "Trey Gowen."



9.      Based on the photograph of "Trey Gowen" in a U.S. Navy uniform, an inquiry with the

U.S. Department of Defense Person Search database for "Gowen" identified Thomas Francis

Gowen III, with phone number (314) 677-XXXX, and date of birth of Xxxxx XX, 1994.

10.     On November 01, 2014, the criminal intelligence provided by MeetMe to NCMEC via

the CyberTipline Report 2957977, and the results of NCMEC's further analysis, was provided

your affiant at NCIS Resident Agency Annapolis, Maryland for further investigation.

11.     Your affiant determined Thomas Francis GOWEN III is currently assigned to the US

Navy Detachment Defense Information School (DINFOS), Fort George G. Meade, Maryland.

This information was obtained from the Department of Defense Person Search database and

confirmed on November 12, 2014 with Lieutenant Commander Ted FRIES, U.S. Navy, Officer

in Charge, CSS Detachment DINFOS. On November 18, 2014, LCDR FRIES stated GOWEN

resides in Room XXX, Building XXXX Fort George G. Meade, Maryland.

12.     A search warrant authorized by Captain Heather Tenney, U.S. Army Military Magistrate,

was executed on GOWEN's barracks room on December 02, 2014, and resulted in the seizure of

a laptop computer, tablet, two iPhones, a compact flash card, an InTouch Messenger player and a

router.  These items were submitted on December 05, 2014 to the Defense Computer Forensics

Laboratory (DCFL) in Linthicum, Maryland, and are currently undergoing forensic imaging and

extraction.

13.     On December 02, 2014, Gowen, who also goes by "Trey," was interrogated by your

affiant and admitted to intentionally misrepresenting his age on his MeetMe.com profile so that

he appeared to be under the age of 18 in order to solicit sexually explicit communication and

images from minor children, ages 14-16 years, for the purposes of sexual gratification. Gowen



admitted he solicited nude pictures from minors, male and female, over 100 times, beginning in September 2014 using his MeetMe account.

14.     The user ID of **106295006** was obtained directly from the cyber tipline report referenced in paragraph 4, above. When Gowen, the subject was interviewed, he said he had two MeetMe user IDs, the second one utilizing the email address treyman1@sbcglobal.net. Your affiant learned from the MeetMe Law Enforcement legal team point of contact that the user id associated with this email address is **81535119**. On December 2, 2014 and December 4, 2014, User Account information Preservation Requests were submitted to the Custodian of Records at MeetMe.com for Gowen's MeetMe user IDs "**106295006**" and "**81535119**" for the period of September 18, 2014 to December 02, 2014. The requests were accepted and the records associated with both user IDs will be preserved for a period of 90 days, which will expire approximately March 3, 2015.

### Conclusion

15.     Accordingly, your affiant submits there is probable cause to believe that in the MeetMe.com user accounts more specifically identified above and in Attachment A hereto, there will be evidence of certain activities, namely the solicitation for and distribution of child pornography, over the internet, in violation of 18 U.S.C. § 2252.

Rachel McGranaghan, Special Agent
NCIS

Subscribed and sworn to before me this 26 7th day of February, 2015.

Beth P. Gesner
United States Magistrate Judge

6

# Attachment A
# (Place to be searched)

MeetMe.Com User ID accounts:    **106295006** and **81535119** for the time period
September 18, 2014 to and including December 2, 2014.



# **Attachment B**
## **(Particular Things to be Seized)**

**I.     Information to be disclosed by MeetMe.Com** (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.     The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.     The types of service utilized;

d.     All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.     All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.



## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of child pornography violations, 18 U.S.C. § 18 U.S.C. § 2252, those violations involving Thomas Francis Gowen III, and occurring after September 18, 2014, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a.      The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

b.      The identity of the person(s) who communicated with the user ID (account #) about matters relating to sexually explicit communications and child pornography, including records that help reveal their whereabouts.

